Nigel Edge

Vs.

United States

of America

(Veteran's Affairs)

Civil Action No. 7:25-cv-203-BO

**Associate General Counsel**

Office of General Counsel

U.S. Office of Personnel Management

1900 E Street NW Room 7347

Washington, D. C. 20415

A lawsuit has been filed against the United States of America; based on statute.

-22 U.S. Code § 2702 - Malpractice protection

-Attempted murder

-Personal Injury- broken foot

-That the Veteran's Affair's has caused Nigel Edge physical and psychological damage under their care

- Nigel Edge was Honorably medically retired from the Armed Forces serving the United States of America.

- that the plaintiff's severe wounds were a direct result from combat overseas

-The plaintiff has suffered a broken foot from intentional faulty equipment that the plaintiff requires to walk.

-The realization that the plaintiff already had many handicaps before this malpractice reveals the obvious sabotage and intentional continuation of the "Hate Crime," he survived overseas, and asks the court to take that into consideration

-That the medical care provided to Nigel Edge has been below standard

-Doctors and medical staff have and are attempting to gaslight the plaintiff in a harmful manor

-Attempting to murder the plaintiff by the overall treatment; psychologically and physical harassment after surviving a government organized raid in Iraq during the "Abu Ghraib Scandal."

-In the Discovery and understanding of this hate crime during the "Abu Ghraib Scandal" in Iraq and the LGBQT code used has revealed motivations and disturbing VA actions contributed to the intentional attempted murder of Nigel Edge

-Prescribing Methadone(method-one((LGBQT)) code) when Nigel wasn't on pain medication at the time

-the VA nurse voice to Nigel that he was "taking it wrong, he was supposed "To dissolve it"
(die to solve it- in ((LGBQT code))

-VA doctors prescribed Nigel Edge ED (erectile disfunction medication), when he did not have sexual dysfunction, meaning that the doctors were prescribing Nigel Edge PEE, based on the antagonizing the plaintiff after surviving the hate crime in Iraq, when he was urinated on after being set up in the Marine Corp..

As observed in the attached newspaper article the VA has conspired with the Victim's Father (now known captor, as the victim is now knows he was human trafficked his entire life) in an attempt to get the victim to "Commit Suicide," as a veteran martyr.

-The Plaintiff is in no way "Suicidal," but the plaintiff has been "punished" by medical personal for what he has survived and even for doing the right thing; not for what he personally has done…