



# J Arthur Dosher Memorial
924 N Howe Street, Southport, NC 284613038 - 910-457-3800

Patient Name: NIGEL EDGE  
MRN: 254934  
Note Type: ED Discharge Instructions  

DOB: 10/25/1984  
Account #: 4128089

## Emergency Department Discharge Instructions

Date of Discharge: 02/16/2024  
You were treated for: Opioid use with withdrawal

| Diet | Resume regular diet |
|---|---|
| Activity | Resume normal activity as you are able to tolerate |
| Follow-Up | Follow up with Your primary care provider/family physician |
| Other Instructions | |
| Medications | Refer to your discharge medication list below. Take your medications as prescribed. Your prescriptions have been sent electronically to the pharmacy of your choice |

### Discharge Medications

| Medication | Dosage | Route | Frequency | Prescribing MD | Special Instructions |
|---|---|---|---|---|---|
| OxyCONTIN 20MG Oral Tablet, Extended Release | 1 Tablet | BY MOUTH | Every 12 hours | HOFFMAN JAMES R DO | 1 Tablet BY MOUTH Every 12 hours |

Portions of this note may be dictated using Dragon voice recognition software. Variances in spelling and vocabulary are possible and unintentional. Not all errors are caught/corrected. Please notify the author if any discrepancies are noted or if the meaning of any statement is not clear.

---

*Handwritten annotations:*

This doctor prescribed me less then what I need and notice Dr. Karuso prescribed me on 1/22 (now 22). This doctor supplemented her prescription adjusting it to 4 days of 2 20mg. (for 22). The doctor who dropped me before doc Karuso's refill changed my medication to 4 (pills) 5mg of 2 20mg. (pills for 22) before she dropped me.

- Broken foot negligence
- Pain + suffering
- College classes

I am being bullied by doctors because I survived a hate crime that I

<u>I am not suicidal</u>, but its obvious what they are

People are pointing this out to me

Electronically signed by: JAMES HOFFMAN

THOM TILLIS
NORTH CAROLINA

113 DIRKSEN SENATE OFFICE BLDG
WASHINGTON, DC 20510
PH: (202) 224-6342

https://tillis.senate.gov

COMMITTEES

BANKING, HOUSING, AND URBAN DEVELOPMENT
FINANCE
JUDICIARY
VETERANS' AFFAIRS

# United States Senate
WASHINGTON, DC 20510

February 20, 2024

Mr. Nigel Edge
157 NW 10th St
Oak Island, NC 28465-7018

Dear Mr. Edge,

Thank you for contacting my office in Greenville, North Carolina regarding your issue with the Fayetteville VA Medical Center. My office is here to help, and I appreciate the opportunity to serve you.

In order to assist you in this case, please complete the enclosed Privacy Act Release Form and include any supporting documents that may be helpful in addressing your concerns. The privacy form must be hand signed and include a detailed description of the request; you may use a second sheet if necessary. Please return to the following address:

> The Office of U.S. Senator Thom Tillis
> Attention: Betsy Byma
> 1694 E. Arlington Boulevard, Suite B
> Greenville, NC 27858
> Phone: (252) 329-0371
> Fax: (252) 329-0290

If you have further questions, please contact my Greenville office. Thank you for the opportunity to be of assistance.

Sincerely,

Thom Tillis
U.S. Senator

TRT/bb

Enclosure

CHARLOTTE OFFICE:
10150 MALLARD CREEK RD
SUITE 508
CHARLOTTE, NC 28262
PH: (704) 509-9087

RALEIGH OFFICE:
310 NEW BERN AVE
SUITE 120
RALEIGH, NC 27601
PH: (919) 856-4630

GREENSBORO OFFICE:
3200 NORTHLINE AVE
SUITE 160
GREENSBORO, NC 27408
PH: (336) 885-0685

GREENVILLE OFFICE:
1694 E ARLINGTON BLVD
SUITE B
GREENVILLE, NC 27858
PH: (252) 329-0371

HENDERSONVILLE OFFICE:
1 HISTORIC COURTHOUSE SQ
SUITE 112
HENDERSONVILLE, NC 28792
PH: (828) 693-8750

PRIMARY CARE SERVICE LINE
PROVIDER REASSIGNMENT REQUEST

Please complete the information below including the specific reason you are requesting a change in primary care provider.

Please be advised that if you are taking **NARCOTIC PAIN MEDICATION,** a request to change providers in order to change or increase narcotics will not be honored.

You will be notified by mail of the decision within three weeks. A request for a specific provider cannot be assured.

**It is required that you continue care with your new provider for a period of at least one year before submitting another change in provider request.**

When you have completed this form for a change of provider, submit it to the PACT RN Care Manager in your clinic.

| | |
|---|---|
| PATIENT NAME: NIGEL Edge | PATIENT LAST 4 OF SS# 6320 |

Current address and Phone Number: 157 NW 10th Street Oak island NC 28465
Name of Current VA Primary Care Provider: Dr. Koruso
State Specific Reason for Request (If you need more space please write on the back):
She is a RACIST and she is trying to murder me. She is prescribing me 22 (Veteran suicide) in code through my medication. Everyone she has referred me to will not help me and I know I did not do anything wrong. I was told multiple veteran's have committed suicide under her care. Dr. Karuso is a murderer. She is trying to keep me under her care to write *

I acknowledge that I read this form, understand the requirements and that my statement is true and accurate to the best of my knowledge.

PATIENT SIGNATURE Nigel Edge                          DATE: 3/25/24

PACT TEAM REASON FOR FORWARDING FOR REASSIGNMENT:


PACT TEAM REPRESENTATIVE SIGNATURE/DATE:

DETERMINATION:        REASSIGN                    DO NOT REASSIGN
COMMENTS:


CHIEF, PRIMARY CARE SERVICE LINE/DATE:

REV: 25 February 2015

✱ the death report the way she wants it to be. I have requested a change of provider multiple times. I have had to go to the ER multiple times due to her failure to work with me. My life is being sabotaged, my grades are going down in college and I have missed over a week of school because of this. I do not feel safe under her care. I will continue to call 9/11 for security while under her care. The entire world knows what she is trying to accomplish. I am not a criminal and have more education the some doctors

Nigel Edge

# Complaint Report

## Confirmation

You have successfully submitted your complaint. We will review your complaint and take appropriate action as necessary. If you provided contact information, it is possible that we may contact you or any other involved parties you entered for additional details.

## Confirmation Information

**Submission Date:** 12/5/2024 12:19:55 PM

**Confirmation Number:** V4HSU-TIMLC

## Your Information

**Name:** Mr. Nigel Max Edge

**Address:**
157 Nw 10th Street
Oak Island, NC 28465

**Daytime Phone Number:** 910-338-6314

**Other Phone Number:**

**Your Email Address:** nigeledge3@gmail.com

## Patient Information

**Name:** Nigel Max Edge

**Date of Birth:** 10/25/1984

**Relationship to Patient:** Self

## Practitioner/Respondent Information

**Name:** Brian Allen Shaner

**License** MD #2010-00039

**Primary Practice:** 508 Fulton Street
Durham, NC 27705

**Specialty:** Family Medicine

**Licensee's Phone Number:**

## Incident Information

**How did you hear about the NC Medical Board?** Internet

The Board does not regulate billing/fee/insurance issues.
**Narrative:** Recently Doctor shaner referred me to the dpsy(spelling unknown) clinic, and I have learned a lot recently about my past that I am reevaluating things that is making things obvious. Understanding the Hate crime I survived(I am straight white male) in the military in Iraq(Abhu Ghraib scandal, lead by "a couple bad eggs or bad gay couples) has forced me to learn this queer language or lexicon that uses different rules and slang, and phenetics then the typical English language. Knowing this and understanding my past knowing I was a victim of the epstien scandal in NY because I am endowed, I believe Doctor Shaner was talking backwards phonetically and wants to see my pp(penis). I tried to call the "dipsy clinic," which I don't believe exists. I remember the first time I met Dr shaner my mother was with me and now I know my parents are the reason this happened to me; and

there trying to get me to commit suicide and doctor shaner said on this dose prescribed long and short acting opiods at the same time and this amount statistically has the most people either accidentally/ or intentionally overdosing. I was unaware of this language and motives up until relatively recently. There is a newspaper article in the Journal News on mar 25, 2006 "Vanderbilt lumber sold to developer," that in this language ordered me to be killed in Iraq and it states they are hoping for a 22(suicide). I am not suicidal, but I have been bombarded since Iraq with mistreatment by people from every angle because of what they did to me. Doctor shaner is gaslighting me. I requested people to record our communication. I have requested to switch to immediate release tablets so I can keep my baseline dependence low for pain and smaller tablets so instead of taking a dangerous dose when I can take a smaller dose for the pain that I feel at that time. I am educated and not a criminal, I have been dealing with chronic pain for a long time and the risks involved, and I would like to have the same overall dose but in 5 mg tablets that I can take as needed, for a much safer lifestyle. I want to keep the least amount of medication in my system to prevent addiction and possibly being drugged by someone on top of my own medication(which is a very real possibility in my situation unfortunately). I have mentioned it many times(being ignored) and he wants to see dipsy for a adjustment( see my d or PP/penis) is his response... This isn't the first time this type of behavior has happened to me..

**Is this an issue pertaining to obtaining medical records?** No

**Have you submitted a medical record release form to your provider?** No

**Is this an issue pertaining to obtaining a signature on a death certificate?** No

**Is this complaint based on sexual misconduct by a medical provider?** Yes

**When did this event occur?** December 4th 2024 I had a phone appointment with doctor Randy;and he gaslighted me and seemed like we literally had conversations that went in circles and nothing changed. Dr. Shaner said its not safe

**Full name of practice or hospital where this event occurred:** croasdaile va clinic

**Address:** 3114 Croasdaile Drive
Durham, NC 27705

**Have you contacted the licensee about your concerns?** No

**What would you consider to be a fair resolution to your complaint? (The Board cannot assist with compensation)** I wouldn't mind a new provider because I know sometimes this just makes things worse. Otherwise I just want to be treated fairly and no sexual advances. I would like doctor's to work with me.

## Upload Information

**Uploaded Files:** pdf.pdf

**Comments Pertaining to Uploaded Files:** Attached should be the newspaper article explaining or showing the queer lexicon if it uploaded. I don't understand why my parents (who aren't blood related) are not in jail. I only found out about this within the past few months, and it explains why people have been treating me badly (because i know I'm a good person) since Iraq, I just didn't know about it. It should be considered a hate crime in itself... Anyway that's a different issue... Thank you for your help.

> The VA Keeps putting me under doctors affiliated w/ people who tried to murder me in Iraq.

THOM TILLIS
NORTH CAROLINA

113 DIRKSEN SENATE OFFICE BLDG
WASHINGTON, DC 20510
PH: (202) 224-6342

https://tillis.senate.gov

COMMITTEES

BANKING, HOUSING, AND URBAN DEVELOPMENT
FINANCE
JUDICIARY
VETERANS' AFFAIRS

# United States Senate

WASHINGTON, DC 20510

March 21, 2024

Mr. Nigel Edge
157 NW 10th St
Oak Island, NC 28465-7018

Dear Mr. Edge,

I am writing to let you know that I have received the following final response from the Fayetteville VA Medical Center regarding the inquiry my office made on your behalf:

"We have engaged with the PCP for Mr. Edge for assistance with connecting this Veteran with the pain mgmt. care he's requesting. The referral coordination team reports that Mr. Edge has limited options for care in the community due to the high-level of opioids he's currently on. Furthermore, the Veteran is very specific about which community care providers he could see because he reported that he had already seen most and does not want to be seen by those providers again or any providers affiliated with those that he has already seen. Veteran was discharged by the pain community provider he was seeing due to an undisclosed incident. His PCP then took over his prescription however at this point the PCP does not feel comfortable continuing to renew his prescription. Veteran declined to be seen in-house for pain management due to concerns with long drive time. Another pain consult was entered and approved for Mr. Edge to be seen by another community care provider however, the community provider declined to see Mr. Edge due to him being on a high dose of opioids. His PCP has been making attempts to contact Mr. Edge but calls haven't been answered. The nurse for Mr. Edge has also been communicating with Mr. Edge via secure messaging let him know that they are making every attempt to get his pain mgmt. care coordinated via CITC. "

Thank you for the opportunity to be of assistance.

Sincerely,

Thom Tillis
U.S. Senator

TRT/bb

CHARLOTTE OFFICE:
10150 MALLARD CREEK RD
SUITE 508
CHARLOTTE, NC 28262
PH: (704) 509-9087

RALEIGH OFFICE:
310 NEW BERN AVE
SUITE 122
RALEIGH, NC 27601
PH: (919) 856-4630

GREENSBORO OFFICE:
3200 NORTHLINE AVE
SUITE 110
GREENSBORO, NC 27408
PH: (336) 885-0685

GREENVILLE OFFICE:
1694 E ARLINGTON BLVD
SUITE B
GREENVILLE, NC 27858
PH: (252) 329-0371

HENDERSONVILLE OFFICE:
1 HISTORIC COURTHOUSE SQ
SUITE 112
HENDERSONVILLE, NC 28792
PH: (828) 693-8750

# OFFICE OF U.S. SENATOR THOM TILLIS



## PRIVACY AUTHORIZATION RELEASE FORM

The provisions of Public Law 93-579 (Privacy Act of 1974) prohibit the disclosure of information of a personal nature from the files of an individual without their expressed consent. Accordingly, I authorize Senator Thom Tillis or any authorized member of his staff to access any and all of my records that relate to the problem stated below.

Name: **NIGEL Edge**

Mailing Address: **157 NW 10th Street**

City: **Oak island**    State: **NC**    Zip: **28465**

Home Phone: (   )    Other Phone: **(910) 338-6314**

Email Address: **NIGELEdge3@gmail.com**

Date of Birth: **10/25/84**    Social Security Number: **122 686320**

Claim Number: _____    *(Please provide the appropriate identification number pertaining to the issue of concern.)*

Which federal agency does this involve? **VA + Healthcare**

Please describe the specific information you are requesting or the exact nature of the problem you are experiencing. Send copies of relevant information. Please do not send original copies. Use extra paper if necessary.

**Medical and Whatever is necessary. I want the NC Medical board to go through my medical record ✱**

SIGNATURE: **Nigel Edge**    DATE: **2/21/24**

*Please send completed form and correspondence to:*

Office of U.S. Senator Thom Tillis
*Attention. Casework*
1694 E. Arlington Blvd. Suite B
Greenville, North Carolina 27858
Phone: (252) 329-0371
Fax: (252) 329-0290

**✱ and remove all biases. Because I survived a hate crime in Iraq while serving in the Marine Corp I have been severly discriminated against. Alot of people are lying to me and recently I am discovering alot of what is going on. I did not understand until recently my situation. I am a straight, white, male person. I am a good person and not a criminal. The medical world is trying to turn me into a martyr for "Veteran Suicide." I AM NOT SUICIDAL**

THOM TILLIS
NORTH CAROLINA

113 DIRKSEN SENATE OFFICE BLDG
WASHINGTON, DC 20510
PH: (202) 224-6342

https://tillis.senate.gov

COMMITTEES

BANKING, HOUSING, AND URBAN DEVELOPMENT
FINANCE
JUDICIARY
VETERANS' AFFAIRS

# United States Senate
WASHINGTON, DC 20510

January 4, 2024

Mr. Sean DeBevoise
157 NW 10th St
Oak Island, NC 28465-7018

Dear Mr. DeBevoise,

I am writing to update you on the status of your case with the U.S. Department of Veterans Affairs. My office has received the following response:

> "VA cannot intervene in the concerns about Novant, which a private sector provider, Mr. DeBevoise, sees outside the community care process. However, regarding the internal primary care concerns, Mr. DeBevoise has been reassigned from Wilmington Primary Care to a Brunswick Primary Care Team. Mr. DeBevoise, Wilmington Primary Care, submitted a new pain management consult on December 20, 2023, which is currently awaiting disposition by the Care in the Community Team."

My staff will keep you informed when additional updates become available. If you receive any direct communication from the agency, please contact Betsy Byma in my Greenville office at (252) 329-0371.

Sincerely,

Thom Tillis
U.S. Senator

TRT/bb

CHARLOTTE OFFICE:
10150 MALLARD CREEK RD
SUITE 508
CHARLOTTE, NC 28262
PH: (704) 509-9087

RALEIGH OFFICE:
310 NEW BERN AVE
SUITE 150
RALEIGH, NC 27601
PH: (919) 856-4630

GREENSBORO OFFICE:
3200 NORTHLINE AVE
SUITE 150
GREENSBORO, NC 27408
PH: (336) 885-0685

GREENVILLE OFFICE:
1694 E ARLINGTON BLVD
SUITE A
GREENVILLE, NC 27858
PH: (252) 329-0371

HENDERSONVILLE OFFICE:
1 HISTORIC COURTHOUSE SQ
SUITE 112
HENDERSONVILLE, NC 28792
PH: (828) 693-8750

## The Journal News
White Plains, New York · Sat, Mar 25, 2006
Page 8

# Vanderbilt lumberyard sold to developer

**VANDERBILT, from 1B**

Bevoise, who became business partners in 1895 with Vanderbilt and Billy DeBevoise's great-grandfather.

"I hope they have a successful business, stay and last for another five generations," DeBevoise said of the Willows family's new business.

Willows' son, Mike, 22, hopes so, too.

"I was hoping down the road one day, if we do well, one day maybe I could take it over," said Mike Willows, a recent College of New Jersey graduate with a bachelor's degree in communications.

Vanderbilt's history is a reflection of New City's. It first served as a post office and grocery store, selling coal and livestock feed when New City was mostly a farm town. It expanded as the community did.

New City's population grew with the construction of the New York State Thruway and the Palisades Interstate Parkway, Clarkstown historian Robert Knight said. In the mid-20th century, the store began to focus on hardware and building supplies, including lumber.

"They were right in the heart of everything," Knight said. "They initially supplied all of the lumber and building materials for all of the new housing after World War II."

Caliber Builders Inc. has proposed luxury condominiums for senior citizens at the 5-acre property, which is still the site of the New City train station.

At a time when Clarkstown officials are seeking to revitalize downtown New City, the owner of the old Bradlees shopping center in New City, Alfred Weissman of MAK Development Corp. in Englewood Cliffs, N.J., intends to acquire the station, restore it and create a railroad motif at the plaza.

Willows, who has worked for the DeBevoise family for 37 years and whose new store is adjacent to the plaza said, "It'll be nice to see it there."

Reach Christina Jeng at cjeng@lohud.com or 845-578-2497.



Joe Termini of Congers, right, a longtime customer, says goodbye to William "Billy" DeBevoise, owner of Vanderbilt's for the past 43 years.

→ <u>Latin</u> <u>Anagram</u> (Phonetic)
Joe Termini
YO END NEAS
I End Sean
(Kill)




## Vanderbilt lumberyard to close 2

William John DeBevoise- Going to see(Latin,Voy) (Phenetic anagram) Dead
Sean William DeBevoise-Going to see dead, mail will