UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NIGEL MAX EDGE | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 7:25-cv-203-FL |
| UNITED STATES OF AMERICA | ) | |
| (Veteran's Affairs) | ) | |
|       Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the report and recommendation of the United States Magistrate Judge, to which objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on September 16, 2025, and for the reasons set forth more specifically therein, that plaintiffs' claims are DISMISSED for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on September 16, 2025, and Copies To:**
Nigel Max Edge (via US mail) 157 NW 10th Street, Oak Island, NC 27465

September 16, 2025            PETER A. MOORE, JR. CLERK

                                      /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk